RECEIVED
IN LAKE CHARLES, LA
AUG 23 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHN HILLIARD** | : | DOCKET NO. 2:05-cv-75 SECTION "P" |
| **VS.** | : | JUDGE MINALDI |
| **O. KENT ANDREWS, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's claims for alleged civil rights violations be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that plaintiff be barred from filing any other civil actions in United States District Courts *in forma pauperis* except for cases involving an imminent danger of serious physical injury.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___ day of _____, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE